IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KA YAN DANISE MOK, Ph.D.  <br><br>         Plaintiff,  <br><br>v.  <br><br>TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,  <br><br>         Defendant. | :<br>:<br>:<br>:<br>:<br>: CIVIL ACTION NO. 21-cv-4327<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**JOINT STIPULATION TO DISMISS WITH PREJUDICE**

The parties to this action, acting through their counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the Dismissal With Prejudice of this action, with each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| /s/ Brian C. Farrell | /s/ Jeffrey A. Sturgeon |
| Brian C. Farrell, Esquire<br>Console Mattiacci Law, LLC<br>1525 Locust Street, 9th Floor<br>Philadelphia, PA 19102<br>Tel.: (215) 545-7676<br>farrell@consolelaw.com<br>*Attorney for Plaintiff, Ka Yan Danise Mok, Ph.D.*<br><br>Date: March 28, 2022 | Jeffrey A. Sturgeon, Esquire<br>Dionna F. Shear, Esquire<br>Baker & McKenzie LLP<br>452 Fifth Avenue<br>New York, NY 10018<br>Tel: (212) 626-4339<br>jeffrey.sturgeon@bakermckenzie.com<br>dionna.shear@bakermckenzie.com<br>*Attorneys for Defendant, Trustees of the University of Pennsylvania* |

So ordered this 28th day of March, 2022.

   /s/ *Chad F. Kenney*
_____
Honorable Chad F. Kenney